THE PEOPLE OF THE STATE OF NEW YORK, on Complaint of GEORGE C. OWENS, Police Officer, v. TIMOTHY SEARSON, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALEX RINNE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

J. FIELD KENNARD, Respondent, v. FREDERIC W. RITTER, as Executor, etc., of MAXWELL HALL ELLIOTT and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of DOROTHY GOLDENBURG, Respondent, v. DANNY MARANESE Alias DANNY MANNERS, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents and votes to reverse.

LOUIS DANZIS, Appellant, v. METROPOLITAN LIFE INSURANCE COMPANY, Respondent.— Order reversed, with costs and disbursements, and verdict of the jury reinstated on the ground that the evidence adduced at this trial was sufficient to raise an issue of fact for the jury as to plaintiff's total and continuous disability and that issue was resolved in plaintiff's favor. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Cohn, J., dissent and vote to affirm on the ground that, in their opinion, the plaintiff failed to show, within the meaning of the policy, total and continuous disability.

NATIONAL BONDHOLDERS CORPORATION and Another, Plaintiffs, Respondents, v. WILLIAM B. JOYCE and Others, Defendants, Respondents, FRANKLIN Q. BROWN and Others, Defendants. LILLIAN BOEHM, Petitioner, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Untermyer, J., dissents and votes for affirmance.

STELLA MARTENSON, Appellant, v. CHARLES V. MARTENSON, Respondent.— Order unanimously modified by fixing the amount of alimony in the sum of twelve dollars per week and counsel fee in the sum of seventy-five dollars, one-half within thirty days after service of order with notice of entry thereof, and the balance when the case appears on the calendar, and as so modified affirmed, with twenty dollars costs and disbursements to the appellant. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ. ·

In the Matter of the Application of LOUIS WALLACH, Petitioner, for a Certiorari Order against THE STATE LIQUOR AUTHORITY, Respondent.— Order of certiorari unanimously dismissed and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

## (June 25, 1937.)

In the Matter of WILLIAM J. MARTIN, an Attorney.— Reference ordered. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.